DOROTHY CHESTER, Appellant, v. KOLB TAXI & OPERATING COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SERAL TRADING CORPORATION, Respondent, v. PAUL MAHLER and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEWART BROWNE, Respondent, for an Order of Mandamus against JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK and Others, Respondents, for an Order of Mandamus against MURRAY HULBERT, as Acting Mayor, and Others, Constituting the Board of Estimate and Apportionment of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

REGINALD WARDE, Respondent, v. WILLIAM W. JOHNSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements.    The bill of particulars to be served within ten days from service of order.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JAMES S. McDONOGH, Respondent, v. CHARLES A. STONEHAM and Another, Copartners, etc., Appellants.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements.    The bill of particulars to be served within ten days from service of order.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FRANCIS MOREY, Respondent, v. AMERICAN COTTON ASSOCIATION, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RUDOLPH SCHIFFER, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL J. KUBERT and Others v. J. A. CANTOR PRINTING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MILFORD SPINNING & WEAVING CORPORATION OF NEW HAMPSHIRE, INC., v. JACOB MANOWITZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of CARRIE MAYER, Deceased.— Motion to dismiss appeal denied,